FILED
DEC 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOOF, INC.<br>3845 N. Chesterbrook Road<br>Arlington, VA 22207<br><br>        Plaintiff.<br><br>    v.<br><br>THE DOG SPOT, LLC<br>774 Harvard Street, N.W.<br>Washington, D.C. 20001<br><br>        Defendant. | Case: 1:07-cv-02229<br>Assigned To : Lamberth, Royce C.<br>Assign. Date : 12/11/2007<br>Description: General Civil<br><br>**JURY TRIAL DEMANDED** |

### DISCLOSURE STATEMENT OF PLAINTIFF WOOF, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel states that Plaintiff Woof, Inc. does not have a parent corporation and that no publicly-held corporation owns 10 percent or more of its stock.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: December 11, 2007

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Thomas W. Brooke (D.C. Bar No. 430636)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Telephone: (202) 663-7271
Facsimile: (202) 955-5564
E-mail: thomas.brooke@hklaw.com