**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WOOF, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **No. 1:07-cv-02229-RCL** |
| v. | ) | |
| | ) | |
| THE DOG SPOT, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Woof, Inc., by undersigned counsel, hereby dismisses its complaint filed in the above-captioned matter with prejudice.

Dated:  February 25, 2008

Respectfully submitted,

HOLLAND & KNIGHT LLP

By:_____
   Thomas W. Brooke (D.C. Bar No. 430636)
   2099 Pennsylvania Avenue, N.W.
   Suite 100
   Washington, D.C.  20006
   Telephone:  (202) 663-7271
   Facsimile:  (202) 955-5564
   E-mail:  thomas.brooke@hklaw.com

*Counsel for Plaintiff Woof, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, this 25th day of February, 2008, on the following:

THE DOG SPOT, LLC
774 Harvard Street, N.W.
Washington, D.C. 20007

I also hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, this 25th day of February, 2008, on the following:

Leigh Ann Lindquist, Esq.
Sughrue Mion, PLLC
2100 Pennsylvania Ave., N.W.
Washington, D.C. 20037-3213

By: _____
Thomas W. Brooke

# 5147729_v1

2